IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHARON D. HOLLAND,

   Plaintiff,

  v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-609-TWT

### ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 26] of the Magistrate Judge recommending that the Defendant's Motion to Dismiss [Doc. 16] be granted in part and denied in part. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 16] is GRANTED in part and DENIED in part.

SO ORDERED, this 29 day of September, 2014.

                    /s/Thomas W. Thrash
                    THOMAS W. THRASH, JR.
                    United States District Judge